On appellant's petition for reconsideration filed February 14, and respondent's objection to appellant's petition for reconsideration filed February 14, petition for reconsideration of opinion (214 Or App 434, 166 P3d 567 (2007)), denied April 16, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHRISTIAN CAPRAR,
aka Cristian Caprar,
*Defendant-Appellant.*

Multnomah County Circuit Court
0211-36991; A121812

182 P3d 897

Anne Fujita Munsey, Senior Deputy Public Defender, Office of Public Defense Services, Legal Services Division, for petition.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, for response.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Carson, Senior Judge.

PER CURIAM

Petition for reconsideration denied. *State v. Dominguez-Coronado*, 219 Or App 315, 182 P3d 322 (2008).